UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEROKEE FREIGHT LINES STOCKTON LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>UKG, INC., and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No.: 2:24-cv-01827-JDP<br><br>**[PROPOSED] ORDER RE EX PARTE APPLICATION FOR AN ORDER EXTENDING TIME TO THE RESPONSIVE PLEADING DEADLINE**<br><br>Complaint Filed:  May 20, 2024<br>Removed:            June 28, 2024 |

**[PROPOSED] ORDER**

Defendant UKG, Inc. ("UKG") filed a request for a 31-day extension of time to file a responsive pleading to Plaintiff Cherokee Freight Lines LLC's ("Cherokee") recently removed Complaint through and including August 5, 2024. The Court has read and considered the request and counsel's accompanying declaration, and, pursuant to Local Rule 144(c) and Federal Rule of Civil Procedure, Rule 6, finds that good cause exists to grant the request.

///

///

///

UKG's request for an extension of time is **GRANTED**. The new deadline for the filing of a responsive pleading is August 5, 2024.

IT IS SO ORDERED.

Dated:   July 3, 2024

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE