

# United States District Court
## Eastern District of California

| | |
|---|---|
| CHEROKEE FREIGHT LINES STOCKTON L | Case Number: 2:24-cv-01827-DJC-JDP |
| Plaintiff(s) | |
| V. | |
| UKG, INC. | APPLICATION FOR PRO HAC VICE AND ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Erin Bolan Hines hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

UKG, INC.

On 11/05/1998 (date), I was admitted to practice and presently in good standing in the U.S. District Court -- Central District of Illinois (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 09/03/2024         Signature of Applicant: /s/ Erin Bolan Hines

---

U.S. District Court – Pro Hac Vice Application and Order                                  Page 1
Revised July 6, 2021

**Pro Hac Vice Attorney**

Applicant's Name: Erin Bolan Hines
Law Firm Name: Cozen O'Connor
Address: 123 North Wacker Drive, Suite 1800
City: Chicago   State: IL   Zip: 60606
Phone Number w/Area Code: (312) 474-4490
City and State of Residence: Glencoe, IL
Primary E-mail Address: EBolanHines@cozen.com
Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Alexander Robinson
Law Firm Name: Cozen O'Connor
Address: 501 West Broadway, Suite 1610
City: San Diego   State: CA   Zip: 92101
Phone Number w/Area Code: (213) 892-7972   Bar #: 331187

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: September 13, 2024

*/s/ Daniel J. Calabretta*
HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE